# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 20, 2024

### NO. 03-22-00400-CV

**Leo Graves d/b/a Graves Tire Service, Appellant**

**v.**

**Texas Commission on Environmental Quality, Appellee**

### APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
### AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the denial of a petition for bill of review seeking to overturn a final judgment signed by the district court on June 23, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's denial. Therefore, the Court affirms the district court's denial. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.